IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY JACKSON, | : | 1:12-cv-2372 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Martin C. Carlson |
| GLAXOSMITHKLINE, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**September 25, 2013**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Chief Magistrate Judge Martin C. Carlson (Doc. 19) is **ADOPTED** in its entirety.

2. Defendant's Motion to Dismiss (Doc. 15) is **GRANTED**.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III
United States District Judge

1